1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8938
       Facsimile: (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MAI VANG,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 2:08-CV-02557-DAD<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

　　　The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended from November 22, 2009 to December 21, 2009.

　　　This is the defendant's first request for an extension of time to respond to plaintiff's motion for summary judgment.

　　　The defendant needs an extension because counsel was on leave during the month of September and was on business travel during the month of October. Additionally, counsel was also out of the office due to illness during the months of October and November. Counsel needs additional time to review the record and draft a response.

/////

Respectfully submitted this 20th day of November 2009.

DATED: November 20, 2009          By:     /s/Bess M. Brewer
                                          (*As agreed via email*)
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff

                                          LAWRENCE G. BROWN
                                          United States Attorney

DATED: November 20, 2009          By:     /s/ Theophous H. Reagans
                                          THEOPHOUS H. REAGANS
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

Pursuant to stipulation, IT IS ORDERED that defendant's time to respond to plaintiff's motion for summary judgment is extended from November 22, 2009 to December 21, 2009.

DATED: November 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders\socsec\vang2557.eot.dft

2