BENJAMIN B. WAGNER
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MAI VANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:08-CV-02557-DAD<br><br>STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended from December 21, 2009 to January 6, 2009.

    Counsel needs additional time to review the record and draft a response.

    Respectfully submitted this 23rd day of December 2009.

DATED: December 23, 2009    By:    */s/Bess M. Brewer*
                                            (*As agreed via email*)
                                            BESS M. BREWER
                                            Attorney at Law

                                            Attorney for Plaintiff

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: December 23, 2009 | /s/ Theophous H. Reagans<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

Pursuant to stipulation, IT IS ORDERED that defendant's time to respond to plaintiff's motion for summary judgment is extended from December 21, 2009, to January 6, 2010.

DATED: December 28, 2009.

*[signature]*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\vang2557.eot2.dft