```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450
Special Assistant United States Attorney

     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8938
     Facsimile:  (415) 744-0134
     E-Mail:  Theophous.Reagans@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MAI VANG, | NO. 2:08-CV-2557-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Petition for Attorney's Fees be extended until December 12, 2010.

This is Defendant's first request for an extension of time to respond to Plaintiff's petition. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: November 29, 2010          /s/ *Bess M. Brewer*
                                  BESS M. BREWER
                                  Attorney for Plaintiff

1 | Dated: November 29, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: December 3, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\vang2557.eotafmot.dft